Certificate Number: 02910-PAW-CC-012643718



02910-PAW-CC-012643718

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 12, 2010</u>, at <u>3:56</u> o'clock <u>PM EDT</u>, <u>Lorraine Lindsay</u> received from <u>InCharge Education Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 12, 2010</u>        By:    <u>/s/Daniel Phillips</u>

                                Name: <u>Daniel Phillips</u>

                                Title: <u>Certified Bankruptcy Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Transmittal ID: 201807

Certificate Number: 02910-PAW-CC-012643717



02910-PAW-CC-012643717

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 12, 2010</u>, at <u>3:56</u> o'clock <u>PM EDT</u>, <u>Michael Lindsay</u> received from <u>InCharge Education Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 12, 2010</u>          By:    <u>/s/Daniel Phillips</u>

Name:  <u>Daniel Phillips</u>

Title:   <u>Certified Bankruptcy Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Transmittal ID: 201804