IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-27472-JKF |
| | : | |
| Michael R. Lindsay and | : | CHAPTER 13 |
| Lorraine J. Lindsay | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Michael R. Lindsay, | : | |
| Movant | | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Michael R. Lindsay,** hereby state as follows:

1. I have been temporarily disabled since June 2010 and receive Workman's Compensation in the amount of $3,255.00 per month.

2. I receive Rental Income in the amount of $800.00 per month.

3. I have filed income tax returns for the years 2006 - 2009.

4. I am not currently employed; however I have submitted payment advices for the preceding six (6) months that I was employed.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 21, 2010                          /s/ Michael R. Lindsay
                                                Michael R. Lindsay
                                                Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-27472-JKF |
| | : | |
| Michael R. Lindsay and | : | CHAPTER 13 |
| Lorraine J. Lindsay | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Lorraine J. Lindsay, | : | |
| Movant | | |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Lorraine J. Lindsay,** hereby state as follows:

1. I am unemployed.

2. I receive net rental income of $800.00 per month.

3. I have filed income tax returns for the years 2006 - 2009.

4. I am not currently employed; therefore I have not submitted payment advices for the preceding six (6) months.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.


I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.


Date: October 21, 2010                                         /s/ **Lorraine J. Lindsay**
                                                                              **Lorraine J. Lindsay**
                                                                              Debtor