# MINUTES OF CHAPTER 13 MEETINGS OF CREDITORS
## (AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS)

CASE # __10-27472__ (JKF)/AD/TPA   Date of Meeting: __12/20/10__

Debtor(s): __Lindsay__   (Recording # __9__)

Debtor(s) present __X__ or Not Present ___ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Mazzei/Willis__ (Present __X__ or Not Present ___)

Date of Plan at § 341: __11/15/10__

__✓__ Photo ID and Proof of SSN displayed by debtor(s) and reviewed
__✓__ Name and Address verified on record
__✓(M)__ Counsel for debtor(s) submitted documentation showing how the debtor's current monthly income and disposable income have been computed.
The plan's compliance with LAT __✓__ BE _____ reviewed
__✓__ Debtor's § 341 Statement submitted and verified
__✓__ Copy of most recent year's federal income tax return received by Trustee
__✓__ Past 4 years tax returns filed or ___ not all filed, meeting to be held open and continued to date set forth below, for the following returns:
_____

__N__ (Y/N) DSO obligation? If yes, (H)_____ or (W)_____
__N__ Prior Ch. 7 discharge in past 4 years or __N__ Ch. 13 discharge in past 2 years?

Additional Notes:

Fairchild: JP Morgan
Tuttle: Gust Sarris
1998 SAAB sold in 2010 to D/W's sister in law for $1.00 when it was worth maybe $3000. D/H Trust r/e has approx $79,000 equity in it - mtg to JP Morgan of $50,000. is 50% beneficiary. worth $120,000
No proof of payment to T.

___ Meeting held and Closed
__X__ Meeting held but continued (not closed)
___ Rescheduling by Clerk requested
__X__ Continued by Trustee to: __2/10/11__ @ __1:30__ (this is a 341 meeting day, OR __X__ in conjunction with the conciliation conference shown below)
___ Meeting not held: ___ Rule to Show Cause Order Requested
___ Rescheduling by Clerk Requested
___ Trustee/Debtor(s) request ___ Dismissal/ ___ Conversion to Chapter 7
___ Confirmation Order submitted (___ Final or ___ Interim Basis)
__X__ Conciliation Conference scheduled for __2/10/11__ @ __1:30__
___ Contested confirmation hearing scheduled for ___/___/___ @ ___:___ in Courtroom _____
Amended Plan due _____, Objections due _____

_Mark A. Gruzz_
Trustee/Attorney for Trustee