**LOCAL BANKRUPTCY FORM NO. 6**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 10-27472-JKF |
| | : | |
| Michael R. Lindsay and | : | Chapter No. 13 |
| Lorraine J. Lindsay, | : | |
| | : | |
| Debtors | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

    _____ Voluntary Petition *Specify reason for amendment:*
              Official Form 6 Schedules (Itemization of Changes Must Be Specified)
    _____ Summary of Schedules
    _____ Schedule A – Real Property
    \_\_\_X\_\_\_ Schedule B – Personal Property
    \_\_\_X\_\_\_ Schedule C – Property Claimed as Exempt
    _____ Schedule D – Creditors holding Secured Claims
              Check One:
                      _____ Creditor(s) Added
                      _____ NO creditor(s) Added
                      _____ Creditor(s) Deleted
    _____ Schedule E – Creditors Holding Unsecured Priority Claims
              Check One:
                      _____ Creditor(s) Added
                      _____ NO creditor(s) Added
                      _____ Creditor(s) Deleted
    _____ Schedule F – Creditors Holding Unsecured Nonpriority Claims
              Check One:
                      _____ Creditor(s) Added
                      _____ NO creditor(s) Added
                      _____ Creditor(s) Deleted
    _____ Schedule G – Executory Contracts and Unexpired Leases
              Check One:
                      _____ Creditor(s) Added
                      _____ NO creditor(s) Added
                      _____ Creditor(s) Deleted
    _____ Schedule H – Codebtors
    _____ Schedule I – Current Income of Individual Debtor(s)
    _____ Schedule J – Current Expenditures of Individual Debtor(s)
    _____ Statement of Financial Affairs
    _____ Chapter 7 Individual Debtor's Statement of Intention
    _____ Chapter 11 List of Equity Security Holders
    _____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
    _____ Disclosure of Compensation of Attorney for Debtor(s)
    _____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P.1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: January 17, 2011                                        /s/ Jason J. Mazzei, Esquire
                                                                             Jason J. Mazzei, Esquire
                                                                             P.A. ID. No. 83775
                                                                             MAZZEI & ASSOCIATES
                                                                             Professional Office Building
                                                                             432 Bvld. Of the Allies
                                                                             Pittsburgh, PA 15219
                                                                             Tel: 412-765-3606

B6B (Official Form 6B) (12/07)

In re **Michael R. Lindsay,**            Case No. **10-27472**
     **Lorraine J. Lindsay**
_____,
                               Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash On Hand**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | J | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**PNC** | J | 150.00 |
|  |  | | **Savings Account**<br>**PNC** | W | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Various Household Goods & Furnishings**<br>**Summary Available Upon Request**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | J | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Wearing Apparel**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | J | 1,200.00 |
| 7. | Furs and jewelry. | | **Miscellaneous Jewelry**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | J | 2,400.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                                                     Sub-Total >    **8,950.00**
                                                                                                                     (Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael R. Lindsay,**
**Lorraine J. Lindsay**
_____,
Debtors

Case No. __**10-27472**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael R. Lindsay,**
**Lorraine J. Lindsay**,
Debtors

Case No. **10-27472**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Buick Century Vehicle**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | W | 1,775.00 |
| | | **1997 Oldsmobile Bravada Vehicle - inoperable**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | W | 250.00 |
| | | **1997 Ford F-150 Vehicle**<br>**Location: 3711 Liberty Way, McKeesport PA 15133** | H | 4,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Revocable Trust** | J | Unknown |

Sub-Total >  **6,725.00**
(Total of this page)

Total >  **15,675.00**

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Michael R. Lindsay,** Case No. **10-27472**
**Lorraine J. Lindsay**
, Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Residence** Fair Market Value determined by Tax Assessment & Comparable Sales Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(1) | 0.00 | 165,000.00 |
| **Vacant Land** Fair Market Value determined by Comparable Sales Location: Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(5) | 400.00 | 400.00 |
| **Cash on Hand** **Cash On Hand** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Checking Account** PNC | 11 U.S.C. § 522(d)(5) | 150.00 | 150.00 |
| **Savings Account** PNC | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** **Various Household Goods & Furnishings** Summary Available Upon Request Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(3) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** **Wearing Apparel** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(3) | 1,200.00 | 1,200.00 |
| **Furs and Jewelry** **Miscellaneous Jewelry** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(4) | 2,400.00 | 2,400.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **1992 Buick Century Vehicle** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(5) | 1,775.00 | 1,775.00 |
| **1997 Oldsmobile Bravada Vehicle - inoperable** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(5) | 250.00 | 250.00 |
| **1997 Ford F-150 Vehicle** Location: 3711 Liberty Way, McKeesport PA 15133 | 11 U.S.C. § 522(d)(2) | 0.00 | 4,700.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

Sheet ___ of ___

In re **Michael R. Lindsay,**
**Lorraine J. Lindsay**
                                              Debtors

Case No. **10-27472**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Revocable Trust | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| | Total: | **11,375.00** | **181,075.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt