FILED
2/8/11 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL R. LINDSAY and            :   Case No. 10-27472/JKF
LORRAINE J. LINDSAY,              :   Chapter 13
   *Debtor(s)*                      :

   RONDA J. WINNCOUR,            :   Related to Document No. 28
   Chapter 13 Trustee,           :
      *Movant(s)*,                  :

      v.

   MICHAEL R. LINDSAY and        :
   LORRAINE J. LINDSAY,          :
      *Respondent(s)*.              :


## ORDER DISMISSING PLEADING
## FOR NONCOMPLIANCE WITH LOCAL RULES


      AND NOW, this **8th** day of ***February, 2011***, it is hereby ***ORDERED*** that the pleading entitled ***Trustee's Objection to Debtors' Amended Claim of Exemptions,*** filed at Document No. 28, in the above-captioned case is ***DISMISSED***, without prejudice, for failure to comply with this Court's Local Rule *9004-1*, *9013-5*, *Electronic Case Filing Procedure #8*, and/or *Bankruptcy Rule 9011*.  Local Rules and Forms can be viewed at the Court's website at *http://www.pawb.uscourts.gov/lrules.htm.*  The above pleading is being dismissed for:


[X]    Failure *SERVE* the Hearing Notice Form.



                                     */s/ Judith K. Fitzgerald*   cgt
                                     Judith K. Fitzgerald
                                     United States Bankruptcy Judge


Case Administrator to send a copy of this Order to:
    Debtor's Attorney
    Debtor
    Ronda Winnecour, Esq., Ch. 13 Trustee