# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | Michael R. & Lorraine J. Lindsay |
| Case Number: | 10-27472-JKF    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 10, 2011 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**FILED**
FEB 10 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

**Matter:**
#10 - Continued Confirmation of Plan Dated 11-15-10 (N)
R / M #:   10 / 0

**Appearances:**
Debtor: Petak.
Trustee: Winnecour / Bedford / Gregg / (Pail)
Creditor: C. Tuttle — Gust Sam's Trust.
Fairchild — JP Morgan Chase.

**Proceedings:**
Outcome:
1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. _X_ Plan/Motion continued to 3/31/11 at 5:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Other:

Also plan arrears

Plan not feasible.
Per Sam's Trust claim, mortgage due to PIF within plan term.

Also, Debtor has $20K of non-exempt equity in real estate trust in which he is a 50% Beneficiary. This real estate (separate from that associated w/ Gust Sam's Trust) is secured by JP Morgan and not treated in Plan.

2/8/2011  10:09:44AM