IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.10-27472JKF |
| Michael R. Lindsay | : | Chapter 13 |
| Lorraine J. Lindsay | : | |
|     Debtor(s) | : | Hearing Date: |
| | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document# |
| | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Michael R. Lindsay | : | |
| Lorraine J. Lindsay | : | |
| | : | |
|     Respondent(s) | : | |

TRUSTEE'S OBJECTION TO DEBTORS' AMENDED CLAIM OF EXEMPTIONS

Ronda J. Winnecour, Chapter 13 Trustee, represents the following:

1. The debtors filed the within proceedings under Chapter 13 on October 21, 2010.

2. Ronda J. Winnecour is the Chapter 13 Trustee in this case.

3. The Chapter 13 plan has not yet been confirmed by the Court.

4. On January 17, 2011 the debtors filed amended Schedules B and C.

5. The debtors' amended Schedule C sets forth a certain "Revocable Trust" the value of which is set forth as "unknown" and the exemption claimed in which is "0.00".

6. Given the trust is revocable, the Trustee suspects that the trust res may be available for liquidation alternative and in order for the trustee to determine the applicable liquidation alternative, she needs to know the actual monetary value of the asset.

WHEREFORE, the Trustee requests that the Court deny the debtors' claim of exemptions and direct the debtors to determine and disclose the actual monetary value of the Revocable Trust.

                                      RONDA J. WINNECOUR,
                                      CHAPTER 13 TRUSTEE

Date: __02/25/11___                by      _/s/Mark A. Gregg_____
                                                             Mark A. Gregg- PA I.D. # 30727
                                                             Attorney for Trustee
                                                             US Steel Tower – Suite 3250
                                                             600 Grant Street
                                                             Pittsburgh, PA 15219
                                                             412-471-5566

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.10-27472JKF |
| Michael R. Lindsay | : | Chapter 13 |
| Lorraine J. Lindsay | : | |
|     Debtor(s) | : | Hearing Date: |
| | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document# |
| | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Michael R. Lindsay | : | |
| Lorraine J. Lindsay | : | |
| | : | |
|     Respondent(s) | : | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I served a true and correct copy of the foregoing document on the following, at the following address(es), by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
970 Liberty Center
1001 Liberty Ave
Pittsburgh PA  15222

Michael and Lorraine Lindsay
3711 Liberty Way
McKeesport PA  15133

Jason Mazzei, Esquire
432 Blvd of the Allies
Pittsburgh PA  15219


DATE:_02/25/11___                     ____Dianne DeFoor_____
                                                            Office of the Chapter 13 Trustee
                                                            U.S. Steel Tower-Suite 3250
                                                            600 Grant Street
                                                            Pittsburgh, Pa.  15219
                                                            (412) 471-5566