IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael R. Lindsay and Lorraine J. Lindsay<br>　　　Debtors | BANKRUPTCY NO. 10-27472/JKF<br>CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　Movant | HEARING DATE & TIME: March 30, 2011, at 9:30AM |
| VS. | RESPONSE DEADLINE: March 20, 2011<br><br>DOC. # _____ |
| Michael R. Lindsay and Lorraine J. Lindsay<br>　　　Debtors/Respondents | RELATED TO DOC. # _____ |
| Ronda J. Winnecour, Trustee<br>　　　Additional Respondent | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR
RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

　　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 20, 2011 i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

　　　You should take this to your lawyer at once.

　　　A hearing will be held on March 30, 2011, at 9:30AM before Judge Judith K. Fitzgerald in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: March 3, 2011　　　　　　　　　　/s/ Leslie J. Rase, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Leslie J. Rase, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　　　(610)278-6800
　　　　　　　　　　　　　　　　　　　　　　　　　PA Bar ID# 58365