## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-27472-JKF |
| Michael R. Lindsay and | : | |
| Lorraine J. Lindsay, | : | CHAPTER 13 |
| Debtors | : | |
| | : | RELATED TO DOCKET NO. 38 |
| JPMorgan Chase Bank, | : | |
| National Association, | : | HEARING DATE & TIME: |
| Movant | : | 3/30/2011 at 9:30 a.m. |
| vs. | : | |
| | : | |
| Michael R. Lindsay and | : | |
| Lorraine J. Lindsay, | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Trustee, | : | |
| Respondents | : | |

## ORDER

**AND NOW,** on this _____ day of _____, <u>2011</u>, it is hereby ordered and directed as follows:

1. The Motion for Relief From the Automatic Stay filed by JPMorgan Chase Bank is denied.

                                        BY THE COURT:

                                        _____
                                        Judith K. Fitzgerald,
                                        United States Bankruptcy Judge