IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.10-27472JKF |
| Michael R. Lindsay | : | Chapter 13 |
| Lorraine J. Lindsay | : | |
| Debtor(s) | : | Hearing Date: |
| | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document# |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Michael R. Lindsay | : | |
| Lorraine J. Lindsay | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection to Debtors' Claim of Exemptions filed on 2/25/11 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection to Debtors' Claim of Exemptions appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Objection to Debtors' Claim of Exemptions were to be filed and served no later than 3/17/11.

3/21/11                               /s/ Ronda J. Winnecour
                                      Ronda J. Winnecour
                                      Chapter 13 Trustee PA I.D.#30399
                                      U.S. Steel Tower- Suite 3250
                                      600 Grant Street
                                      Pittsburgh PA  15219