FILED
2011 MAR 23 A 11:03
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.10-27472JKF |
| Michael R. Lindsay | : | Chapter 13 |
| Lorraine J. Lindsay | : | |
|     Debtor(s) | : | Hearing Date: |
| | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document# 35 |
| | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Michael R. Lindsay | : | |
| Lorraine J. Lindsay | : | |
| | : | |
|     Respondent(s) | : | |

**ORDER DISALLOWING EXEMPTIONS**

AND NOW, this __23rd__ day of __March__, 2011, upon consideration of the Trustee's objections, it is hereby

ORDERED, that the Trustee's objection to the debtor's claim of exemptions are sustained, and the exemptions to which the Trustee has objected are disallowed

BY THE COURT:

*Judith K. Fitzgerald*
U.S. BANKRUPTCY JUDGE    jah

Case Administrator send copies to:
Debtor
Debtor's Attorney
Ch. 13 Trustee