**Form 005**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael R. Lindsay**
**Lorraine J. Lindsay**
 Debtor(s)

Bankruptcy Case No.: 10–27472–JKF
Issued Per the 3/31/2011 Proceeding
Chapter: 13
Docket No.: 46 – 10
Concil. Conf.: May 19, 2011 at 02:00 PM

## ORDER

    **IT IS HEREBY ORDERED** that, on or before **April 22, 2011,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    IT IS FURTHER ORDERED that, on or before April 22, 2011, the Debtor may elect to file a notice of conversion to Chapter 7, along with payment of the required conversion fee. If an amended plan or conversion request is not filed, then on April 25, 2011, this case will be dismissed without prejudice.

    On or before **May 13, 2011,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **May 19, 2011** at **02:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    On **June 14, 2011** at **02:30 PM,** in the event the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will take place before the Court at Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    Failure to file an *Amended Plan* and a *Certificate of Service* within the time allotted in this *Order* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions, etc.

Dated: April 5, 2011

Judith K. Fitzgerald
United States Bankruptcy Judge

cm: Debtor(s) and/or Debtor(s)' counsel