# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: ctak | Date Created: 4/5/2011 |
| Case: 10–27472–JKF | Form ID: 005 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Jason J. Mazzei     ecf@debt–be–gone.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Michael R. Lindsay     3711 Liberty Way     McKeesport, PA 15133
jdb     Lorraine J. Lindsay     3711 Liberty Way     McKeesport, PA 15133

TOTAL: 2