FILED
2011 APR -5 PM 2:22
CLERK
U.S. BANKRUPTCY
COURT - PGH

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael R. Lindsay and Lorraine J. Lindsay<br>    Debtors. | BANKRUPTCY CASE NUMBER<br>10-27472/JKF |
| JPMorgan Chase Bank, National Association<br>    Movant,<br>v.<br>Michael R. Lindsay and Lorraine J. Lindsay<br>    Debtors/Respondents.<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13<br>Related to Doc. No. 38<br>Hearing: 5-26-11 at 4:30 PM |

**ORDER SETTING DEADLINES AND ARGUMENT**

And Now, this **5th** day of ***April, 2011,*** consistent with the oral order issued from the Bench during a hearing on the above-captioned Motion for Relief from the Automatic Stay, "*Motion*", filed at Doc. No. 38,

It is hereby **ORDERED** that **not later than May 2, 2011**, JP Morgan Chase shall file and serve a Brief in support of the *Motion*.

It is **FURTHER ORDERED** that **not later than May 20, 2011**, the Debtor's shall file and serve a Brief in opposition to the *Motion* shall be filed and served.

It is FURTHER ORDERED that argument will be held on **May 26, 2011, at 4:30 PM** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

*Judith K. Fitzgerald*
HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor, Chapter 13 Trustee, and Leslie Rase, Esq.

1